Armando **RESENDEZ–GODINA,** Petitioner,

v.

Alberto **GONZALES,\* Attorney General,** Respondent.

No. 04–72847.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2005.\*\*

Decided April 11, 2005.

Karla Kraus, San Diego, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Teresa T. Milton, Esq., DOJ—U.S. Department of Justice, Tax Division, Washington, DC, for Respondent.

Before: KOZINSKI, HAWKINS and CLIFTON, Circuit Judges.

---

\* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM ***

Armando Resendez–Godina, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' summary affirmance of the immigration judge's ("IJ") denial of relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence. *Hasan v. Ashcroft,* 380 F.3d 1114, 1119 (9th Cir.2004). We conclude that the IJ properly denied the CAT claim. *See id.* at 1123–24.

The voluntary departure period was stayed, and that stay will expire upon issuance of the mandate. *See Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

